IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WILLIAM CLARK and ROSE JAMES, individually, and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Case No.: 3:09-CV-169-RV/EMT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **LOCAL RULE 16.2(A) NOTICE OF SETTLEMENT**

　　　　Pursuant to Local Rule 16.2(A), Plaintiffs William Clark and Rose James ("Plaintiffs") and Defendant BellSouth Telecommunications, Inc. ("BellSouth") (collectively referred to as the "Parties"), hereby notify the Court that the action has been amicably settled and appropriate motions and papers for the Court's approval of this FLSA claim settlement will soon be filed with the Court.

*[signatures on next page]*

- 1

LEGAL_US_W # 63958373.1

Respectfully submitted this 19th day of February, 2010.

| | |
|---|---|
| _____/s/ Jeremiah J. Talbott_____ | _____/s/ Leslie A. Dent_____ |
| (*signed by Leslie A. Dent w/ express permission*) | Leslie A. Dent |
| Jeremiah J. Talbott | William C. Barker |
| JEREMIAH J. TALBOTT, P.A. | Daniel P. Hart |
| 309 W. Gregory Street | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| Pensacola, Fla. 32502 | 600 Peachtree Street, N.E. |
| (850) 437-9600 | Suite 2400 |
| Fax: (850) 437-0906 | Atlanta, Georgia 30308 |
| | (404) 815-2400 |
| | Fax: (404) 685-5233 |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |