IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WILLIAM CLARK and ROSE JAMES, individually, and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>BELLSOUTH TELECOMMUNICATIONS, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Case No.: 3:09-CV-169-RV/EMT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER APPROVING SETTLEMENT
AND DISMISSAL OF CASE WITH PREJUDICE

Upon review of the Joint Motion for Approval, and upon the *in camera* review of the Confidential Release and Agreements entered into between BellSouth Telecommunications, Inc. and the Plaintiffs and other individuals who previously filed consents to join this action (the "Release Agreements"), as well as the Confidential Summary of Terms of Settlement Offers and Agreed Upon Procedures entered into by the attorneys for Plaintiffs and Consent Filers (the "Terms Agreement"), and for other good cause shown, the court finds that the settlement amounts, releases and other terms are fair and reasonable. Accordingly, the Parties' Joint Motion is hereby GRANTED. It is ORDERED and ADJUDGED that the referenced Release Agreements and the Terms Agreement are

LEGAL_US_W # 63946009.2

APPROVED and this entire action and all consents to join therein are DISMISSED WITH PREJUDICE.

SO ORDERED this 16th day of August, 2010.

/s/ *Roger Vinson*
Senior United States District Judge